UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CYNTHIA NEMETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:18-cv-01955-MJD-LSA |
| | ) | |
| CARMEL CLAY SCHOOLS, | ) | |
| JOHN WILLIAMS in his official and | ) | |
| individual capacities, JIM INSKEEP in | ) | |
| his official and individual capacities, and | ) | |
| TOD WINDLAN in his official and | ) | |
| individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**<u>JOINT MOTION TO CONTINUE DEADLINES TO FILE STATEMENT OF
CLAIMS/DEFENSES, DISPOSITIVE MOTIONS, AND DAMAGES/EXPERT
DISCOVERY DEADLINES</u>**

Come now the Parties, by counsel, and respectfully move the Court to continue the

following deadlines: statements of claims/defenses, dispositive motions, and damages/expert

discovery.  In support of this Motion, the Parties state as follows:

1. The Parties are currently in discussions about settlement in an attempt to settle this matter

   before the June 13 settlement conference.  Pursuant to these discussions, the Plaintiff has

   provided each Defendant with a settlement demand.  In order to avoid unnecessary

   litigation expenses, the Parties respectfully move the Court to continue these deadlines to

   allow the Parties to confer with their clients, discuss settlement among the Parties, and

   prepare settlement documents.

2. If the Parties are able to resolve this matter before the June 13, 2019 settlement

   conference, the settlement conference can be vacated.

3.  The Parties thus move the Court to continue the May 31 deadline to file statements of claims and defenses to June 14, 2019.  The Parties move the Court to continue the June 28, 2019 dispositive motion deadline to July 12, 2019.  Finally, the Parties move the Court to continue the July 19, 2019 damages/expert discovery deadline to August 2, 2019.

WHEREFORE, the Parties respectfully request that this Motion to continue deadlines to file statements of claims/defenses, dispositive motions, and damages/expert discovery be granted, and for all other relief proper in the premises.

Respectfully submitted,

KIGHTLINGER & GRAY, LLP

By   *s/Marcia A. Mahony*
John B. Drummy, ID No. 4824-49
Marcia A. Mahony, ID No. 18779-49
Todd D. Small, ID No. 28783-49
*Attorneys for Defendant, Tod Windlan*
mmahony@k-glaw.com
jdrummy@k-glaw.com
tsmall@k-glaw.com

DILLEY & OAKLEY PC

By   *s/Robert M. Oakley*
Robert M. Oakley
*Attorney for Plaintiff, Cynthia Nemeth*

CHURCH CHURCH HITTLE & ANTRIM

By   *s/Kevin S. Smith*
Kevin S. Smith
Alexander P. Pinegar
ksmith@cchalaw.com
apinegar@cchalaw.com
*Attorneys for Defendants, Carmel Clay Schools, Jim Inskeep, and John Williams*

## CERTIFICATE OF SERVICE

The forgoing was filed electronically this 31st day of May, 2019.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the court's system.

Robert M. Oakley
DILLEY & OAKLEY PC
933 Keystone Way
Carmel, IN  46032
firm@dilley-oakley.com

Mark J. Pizur
Attorney At Law
8218 Groton Lane
Indianapolis, Indiana 46260
Mark.pizur@hotmail.com

Alexander P. Pinegar
Kevin S. Smith
CHURCH CHURCH HITTLE & ANTRIM
10765 N. Lantern Road, Suite 201
Fishers, IN 46038
apinegar@cchalaw.com
ksmith@cchalaw.com

  *s/ Marcia A. Mahony*
Marcia A. Mahony

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana 46204
(317) 638-4521
jdrummy@k-glaw.com
mmahony@k-glaw.com
tsmall@k-glaw.com

181513\5376864-1