UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA NEMETH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cv-01955-MJD-LSA |
| ) | |
| CARMEL CLAY SCHOOLS, ) | |
| JOHN WILLIAMS, ) | |
| JIM INSKEEP, ) | |
| TOD WINDLAN, ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Continue Deadline to File Statement of Claims/Defenses, Dispositive Motions, and Damages/Expert Discovery Deadlines. [Dkt. 73.] The Court hereby **GRANTS IN PART** and **DENIES IN PART** the parties' Joint Motion. The approved Case Management Plan as amended [Dkts. 29, 49, & 60] is hereby further amended as follows:

### III. Pretrial Pleadings and Disclosures

H. Any party who wishes to limit or preclude expert testimony at trial shall file any such objections on or before **August 12, 2019**; any response to such motion is due on or before **August 23, 2019**; any reply in support of such motion is due on or before **August 29, 2019**. Any party who wishes to preclude expert witness testimony at the summary judgment stage shall file any such objections with their responsive brief within the briefing schedule established by S.D. Ind. L.R. 56-1.

### IV. Discovery and Dispositive Motions

B. On or before **June 14, 2019**, and consistent with the certification provisions of Fed. R. Civ. P. 11(b), the party with the burden of proof shall file a statement of the claims or defenses it intends to prove at trial, stating specifically the legal theories upon which the claims or defenses are based.

C. Dispositive motions are expected and shall be filed by **July 5, 2019**; non-expert witness discovery and discovery relating to liability issues shall be completed by **May 24, 2019**; all remaining discovery shall be completed by no later than **August 2, 2019**.

All other requirements of the approved Case Management Plan as amended [Dkts. 29, 49, & 60] remain in effect.

SO ORDERED.

Dated: 3 JUN 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the court's ECF system.