UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA NEMETH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:18-cv-01955-LSA-MJD ) |
| CARMEL CLAY SCHOOLS, JOHN WILLIAMS in his official and individual capacities, JIM INSKEEP in his official and individual capacities, and TOD WINDLAN in his official and individual capacities, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Cynthia Nemeth and Defendant Tod Windlan hereby Stipulate and agree to the dismissal of Defendant Tod Windlan, and that all matters herein have been compromised and settled between Cynthia Nemeth and Tod Windlan, and that this cause should be dismissed, with prejudice, costs paid as to all claims against Tod Windlan **ONLY**. Any and all remaining claims against any remaining parties are unaffected by this Stipulation of Dismissal. Defendants Carmel Clay Schools, John Williams, and Jim Inskeep have no objection to Tod Windlan's dismissal with prejudice.

Respectfully submitted,

By: *s/ Marcia A. Mahony*
John B. Drummy, ID No. 4824-49
Marcia A. Mahony, ID No. 18779-49
Todd D. Small, ID No. 28783-49
KIGHTLINGER & GRAY, LLP
*Attorneys for Defendant, Tod Windlan*

By: **s/ Mark J. Pizur** (with consent)
Robert M. Oakley, ID No. 26890-06
Daniel K. Dilley, ID No. 22715-49
DILLEY & OAKLEY PC
Mark J. Pizur, ID No. 21380-49
*Attorneys for the Plaintiff*