UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CYNTHIA NEMETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01955-MJD-LSA |
| | ) | |
| CARMEL CLAY SCHOOLS, | ) | |
| JOHN WILLIAMS, | ) | |
| JIM INSKEEP, | ) | |
| TOD WINDLAN, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ACKNOWLEDGING STIPULATION OF DISMISSAL**

The Court hereby acknowledges the parties' Stipulation of Dismissal [Dkt. 80] dismissing, with prejudice, all of Plaintiff's claims against Defendant Tod Windlan ONLY, with each party to bear its own costs. Plaintiff's claims against Defendants Carmel Clay Schools, John Williams, and Jim Inskeep remain pending.

SO ORDERED.

Dated:  10 JUN 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.