UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CYNTHIA NEMETH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-01955-MJD-LSA |
| | ) | |
| CARMEL CLAY SCHOOLS, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR SETTLEMENT CONFERENCE**
**HON. MATTHEW P. BROOKMAN, MAGISTRATE JUDGE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate Judge, in Indianapolis, Indiana, at 9:00 a.m. (EST), on June 13, 2019, for a conference under Rule 16, Federal Rules of Civil Procedure. The parties were present and represented by counsel.

A settlement has been reached in this action. Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are **VACATED**.

Within thirty (30) days of the date of this entry, counsel for the Plaintiff shall file a motion to dismiss this cause and submit an order for the Court's signature ordering the dismissal of this action or a stipulation of dismissal (consistent with the agreement of the parties). Additional time to complete the execution of the settlement documents may be granted for good cause shown, if requested in writing before expiration of this period.

**SO ORDERED.**

Dated: June 13, 2019

_____
Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**